612

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* MICHAEL GARCIA, Petitioner-Appellant.

(No. 60606;

First District (1st Division)—June 16, 1975.

PER CURIAM.

Paul Bradley and Eva Weisner, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Raymond J. Prosser, and William J. Haddad, Assistant State's Attorneys, of counsel), for the People.